THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHRISTOPHER ROMANO, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

Motion for reargument of motion to dismiss appeal denied. [See 308 N. Y. 1008.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERT SCHREIBER, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*Bruce H. Willner* for motion.

*Frank S. Hogan, District Attorney* (*Paul A. Stone* of counsel), for the People of the State of New York.

Motion granted and case set down for argument during the October, 1955, session of the Court of Appeals.